# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LATABIUS BROWN AIS# 00313578, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION 19-0841-CG-N ) |
| MARY COOKS, Warden Fountain Correctional Facility, | ) ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (Doc. 16) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated February 20, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Latabius Brown's operative Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 5) is **DENIED** on the merits and **DISMISSED with prejudice**, and that Brown is not entitled to a Certificate of Appealability pursuant to this final adverse order and accompanying final judgment. Further, the Court certifies that any appeal by Brown of this dismissal would be without merit and therefore not taken in good faith. Thus, Brown is not entitled to proceed *in forma pauperis* on appeal.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 24th day of March, 2020.

/s/ Callie V. S. Granade<br>
SENIOR UNITED STATES DISTRICT JUDGE