**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LATABIUS BROWN**<br>**AIS# 00313578,** | ) | |
| | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 19-0841-CG-N** |
| | ) | |
| **MARY COOKS, Warden Fountain**<br>**Correctional Facility,** | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the

recommendations of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that

**JUDGMENT** is entered in favor of the Respondent and against Petitioner Latabius

Brown, such that this action under 28 U.S.C. § 2241 is **DISMISSED with**

**prejudice**, and such that Brown is not entitled to a Certificate of Appealability or

to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 24th day of March, 2020.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE